# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 4, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129880(76)

INTERNATIONAL UNION UNITED
AUTOMOBILE AEROSPACE &
AGRICULTURAL IMPLEMENT WORKERS
OF AMERICA and UNITED BROADCASTING
NETWORK, INC.,
　　　　　Plaintiffs-Counterdefendants-
　　　　　Appellants,

v

HELEN DORSEY, PAT CHOATE, and
EDWARD MILLER,
　　　　　Defendants-Counterplaintiffs/Third-
　　　　　Party Plaintiffs-Appellees,
and

KAY CASEY,
　　　　　Third-Party Plaintiff-Appellee,
and

DANIEL SHERRICK, ROY WYSE, and JOYCE
FRANK,
　　　　　Third-Party Defendants-Appellants.
_____/

SC: 129880
COA: 248412
Washtenaw CC: 97-008442-CB

On order of the Court, the motion for reconsideration of this Court's March 29, 2006 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

TAYLOR, C.J., concurs and states as follows:

This Court reversed the Court of Appeals "for the reason*s* stated in the partial dissent" at the Court of Appeals (emphasis added). Defendants have filed affidavits and a docket sheet which call into question one of the reasons stated in the Court of Appeals partial dissent. I concur with the order denying the motion for reconsideration because the second reason stated in the Court of Appeals partial dissent is an independent reason supporting our earlier reversal of the Court of Appeals.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 4, 2006　　　　　　　　　　　　　　　　　　　　Clerk

d0927